Submitted April 11—decided April 16, 1968

STATE OF CONNECTICUT *v.* RUSSELL M. WHITNEY

The motions by the defendant filed on April 2, 1968, and on April 11, 1968, for a further extension of time to file his brief in the appeal from the Superior Court in Fairfield County having been con-

sidered, it is ordered that the March 5, 1968, order of this court is modified to the extent that the defendant's appeal is dismissed unless the defendant files his brief on or before April 22, 1968.

*John D. Salling,* in support of the motions.

Decided April 16, 1968